# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

January 14, 2021

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/15/21

Re:  *United States v. Leom Kolmnela,*
     **15 Cr. 685 (ALC)**
     **18 Cr. 554 (ALC)**

Dear Judge Carter,

I write to respectfully request a 7-day extension to file a reply to the Government's opposition to our motion for First Step Act Relief in Light of COVID-19 on behalf of Mr. Kolmnela. The requested extension will permit the undersigned to consult with Mr. Kolmnela which is difficult given the conditions precipitated by the pandemic at Moshannon CI and to consult with immigration counsel on his behalf.

The Government takes no position on this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.  Samson Enzer
      *Assistant United States Attorney*

**The application is GRANTED.
So Ordered.**

*[signature]* 1/15/21