**MEMO ENDORSED**

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

January 20, 2021

<u>Via ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/21/21

Re:  *United States v. Leom Kolmnela,*
    **15 Cr. 685 (ALC)**
    **18 Cr. 554 (ALC)**

Dear Judge Carter,

    We must respectfully request an additional week for our reply to the Government's opposition to our request for compassionate release on behalf of Mr. Kolmnela. We are seeking confirmation of our client's immigration status and consulting with immigration counsel. Moreover, it is necessary that we consult with Mr. Kolmnela concerning his position relative to any detainer that has been filed as this is relevant to our application as well. We apologize for any inconvenience and greatly appreciate the Court's courtesy and consideration.

    The Government takes no position on this request.

                                                      Respectfully submitted,

                                                      _____/s/_____

                                                     James Kousouros, Esq.

c.c.  Samson Enzer
      *Assistant United States Attorney*

SO ORDERED:  /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1/21/21