Case 1:18-cr-00554-ALC Document 30 Filed 09/16/21 Page 1 of 1
MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/21

Re: *United States* v. *Leom Kolmnela*, 15 Cr. 685 (ALC) / 18 Cr. 554 (ALC)

Dear Judge Carter:

I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: ____/s/_____
Samson Enzer
Assistant United States Attorney
(212) 637-2342

cc: Leom Kolmnela, *pro se*
BOP Inmate No. 92398-054
FCI Allenwood Low
Federal Correctional Institution
P.O. Box 1000
White Deer, PA 17887

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
9/16/21